UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIDGE STREET AUTOMOTIVE,          )
INC., et al.,                      )
                                   )
          Plaintiffs,              )
     v.                            )          CIVIL ACTION
                                   )          NO. 12-10750-PBS
GREEN VALLEY OIL, LLC and          )
ARFA ENTERPRISES, INC.,            )
                                   )
          Defendants.              )

## REPORT AND RECOMMENDATION ON MOTION OF
## C.M.S.G. TO VACATE STIPULATION OF DISMISSAL

July 24, 2013

DEIN, U.S.M.J.

## I. INTRODUCTION

This matter is before the court on the "Motion to Vacate Stipulation of Dismissal

as to C.M.S.G., Inc." (Docket No. 176). By its motion, C.M.S.G., Inc. ("CMSG") is

seeking an order vacating, with respect to CMSG only, a Stipulation of Dismissal with

Prejudice which was executed as part of a settlement agreement between certain plaintiffs

and the defendants. This court scheduled an evidentiary hearing for July 22, 2013, at

which time the principal of CMSG, Ahmad Mekkaoui, was to appear and testify

concerning whether CMSG had entered into a binding settlement agreement or whether,

as a result of communication issues between Mr. Mekkaoui and counsel, CMSG's