*[Handwritten margin notes: "Personal jurisdiction upheld. P also recommendation objections of Puritans"; "11/5/13 I adopt the report and recommendation without opposition. ARFA 10/16 dr"]*

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

BRIDGE STREET AUTOMOTIVE, )
INC., et al., )
)
      Plaintiffs, )
)
v. ) CIVIL ACTION
) NO. 12-10750-PBS
GREEN VALLEY OIL, LLC and )
ARFA ENTERPRISES, INC., )
)
      Defendants. )

# REPORT AND RECOMMENDATION ON ARFA'S MOTION FOR SUMMARY JUDGMENT

October 17, 2013

DEIN, U.S.M.J.

## I. INTRODUCTION

This action was brought by a group of seventy-four gasoline station owners against defendants, Green Valley Oil, LLC ("Green Valley") and ARFA Enterprises, Inc. ("ARFA"), to recover, among other things, security deposits that were held by Green Valley in its capacity as the plaintiffs' landlord and gasoline supplier. Green Valley does not dispute that it owes the plaintiffs over $1.6 million in security deposits, but it contends that it is out of business and has no assets. Accordingly, the plaintiffs have sought to recover the amounts due to them from ARFA, based on allegations that ARFA was Green Valley's alter ego, and that it unlawfully obtained funds, including rent and security deposits, that the plaintiffs had paid to Green Valley.